UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
SUSAN M. MAROTTA, on behalf of herself and those similarly situated,

               Plaintiff,

  vs.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK, UNITED GENERAL TITLE INSURANCE COMPANY, FIRST AMERICAN CORPORATION, COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE COMPANY, MONROE TITLE INSURANCE CORPORATION, STEWART INFORMATION SERVICE CORPORATION, AND TITLE INSURANCE RATE SERVICE ASSOCIATION, INC.,

               Defendants.
------------------------------------------------------------------x

Case No. 08 Civ. 1597

## **RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Fidelity National Financial, Inc.,[1] Fidelity National Title Insurance Company, Ticor Title Insurance Company, and Chicago Title Insurance Company (collectively, the "Fidelity Defendants") in the above-captioned action identifies, with respect to the Fidelity

---

[1] Plaintiff names "Fidelity National Finance, Inc." as a defendant in this action but no such entity exists. Thus, plaintiff has sued a non-jural entity. *See* FED.R.CIV.P. 7.1(a)(2), 17.

Defendants, any parent corporation and/or any publicly held corporation owning 10% or more of its stock:

- Fidelity National Financial, Inc. is a publicly traded corporation. No publicly held corporation owns 10% or more of Fidelity National Financial, Inc.'s stock.

- Fidelity National Financial, Inc. is the parent corporation of the wholly-owned subsidiary Fidelity National Title Group, Inc.

- Fidelity National Title Group, Inc. is the parent corporation of the wholly-owned subsidiary Chicago Title and Trust Company.

- Chicago Title and Trust Company is the parent corporation of the following wholly-owned subsidiaries: Fidelity National Title Insurance Company, Ticor Title Insurance Company and Chicago Title Insurance Company.

Dated: New York, New York
February 20, 2008

        Respectfully submitted,

        By: s/ Barry R. Ostrager

        Barry R. Ostrager
        Kevin J. Arquit
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017-3954
        Telephone: (212) 455-2000
        Facsimile: (212) 455-2502
        bostrager@stblaw.com

        *Attorneys for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*