UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
SUSAN M. MAROTTA, on behalf of herself and those similarly situated,

                Plaintiff,

  vs.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK, UNITED GENERAL TITLE INSURANCE COMPANY, FIRST AMERICAN CORPORATION, COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE COMPANY, MONROE TITLE INSURANCE CORPORATION, STEWART INFORMATION SERVICE CORPORATION, AND TITLE INSURANCE RATE SERVICE ASSOCIATION, INC.,

                Defendants.
-----------------------------------------------------------------x

Case No. 08 Civ. 1597

       **PLEASE TAKE NOTICE** that Kevin J. Arquit, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Kevin J. Arquit, Esq. (karquit@stblaw.com)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954
    (212) 455-2000 (Telephone)
    (212) 455-2502 (Facsimile)

Dated: New York, New York
       February 20, 2008

                SIMPSON THACHER & BARTLETT LLP

                By:  s/ Kevin J. Arquit

                Kevin J. Arquit
                425 Lexington Avenue
                New York, New York 10017-3954
                Telephone: (212) 455-2000
                Facsimile: (212) 455-2502
                karquit@stblaw.com

*Attorney for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*