UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SUSAN M. MAROTTA,

       Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

       Defendants.

------------------------------------- :
                                              x

Case No. 08 Civ. 1597 (KMK)

## NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that James L. Hallowell, a partner with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

      Please add the following to the service list for this proceeding:

           James L. Hallowell, Esq. (jhallowell@gibsondunn.com)
           GIBSON, DUNN & CRUTCHER LLP
           200 Park Avenue
           New York, NY 10166
           (212) 351-3804 (Telephone)
           (212) 351-5266 (Facsimile)

Dated: New York, New York
      March 6, 2008

                GIBSON, DUNN & CRUTCHER LLP

                By: s/ James L. Hallowell

                James L. Hallowell
                200 Park Avenue, 47th Floor
                New York, New York 10166-0193
                Telephone: (212) 351-4000
                Facsimile: (212) 351-4035
                jhallowell@gibsondunn.com

                Attorney for Defendant
                Title Insurance Rate Service Association, Inc.