UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
SUSAN M. MAROTTA,                              :
                                               :
                Plaintiff,                     :
                                               :
        v.                                     :    Case No. 08 Civ. 1597 (KMK)
                                               :
FIDELITY NATIONAL TITLE INSURANCE              :
COMPANY, *et al*.,                             :
                Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                               x

## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Title Insurance

Rate Service Association, Inc. ("TIRSA") hereby certifies that it is a New York not-for-profit

corporation.  Defendant has no corporate parents, affiliates and/or subsidiaries that are publicly

held.


Dated: New York, New York
March 6, 2008


                        GIBSON, DUNN & CRUTCHER LLP


                        By:  _s/ James L. Hallowell_____
                             John A. Herfort
                             James L. Hallowell


                        200 Park Avenue
                        New York, New York 10166-0193
                        Phone: (212) 351-4000
                        Fax: (212) 351-4035
                        jherfort@gibsondunn.com
                        jhallowell@gibsondunn.com

                        Attorneys for Defendant
                        Title Insurance Rate Service Association, Inc.