UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
SUSAN M. MAROTTA, et al,                                            :  Index No.: 08 CV 1597
                                                                    :
                        Plaintiffs,                                 :
                                                                    :
        - against -                                                 :  **NOTICE OF APPEARANCE**
                                                                    :
FIDELITY NATIONAL TITLE INSURANCE CO., et al,                       :
                                                                    :
                        Defendants.                                 :
                                                                    :
------------------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter the appearance of James I. Serota of Greenberg Traurig, LLP in this case as counsel for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company.

   Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
      March 6, 2008

    Respectfully submitted,

    GREENBERG TRAURIG, LLP

    By: /s/ James I. Serota _____
    James I. Serota (JS-6802)
    Kenneth Lapatine (KL-3985)
    Stephen L. Saxl (SS-1028)
    GREENBERG TRAURIG, LLP
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400
    serotaj@gtlaw.com
    lapatinek@gtlaw.com
    saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*