UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                    :    Index No.: 08 CV 1597
SUSAN M. MAROTTA, et al,
                                                                    :
                    Plaintiffs,
                                                                    :
           - against -                                                   **RULE 7.1 STATEMENT**
                                                                    :
FIDELITY NATIONAL TITLE INSURANCE CO., et al,
                                                                    :
                    Defendants.
                                                                    :
-------------------------------------------------------------------- X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges

and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant The First

American Corporation states that it is a publicly traded corporation (FAF:NYSE), that it has no

publicly-traded parent, and that no publicly held corporation owns 10% or more of its stock.

        Defendant First American Title Insurance Company of New York states that it is first tier

subsidiary of First American Title Insurance Company, which is a first tier subsidiary of The

First American Corporation.

        Defendant United General Title Insurance Company states that it is a first tier subsidiary

of First American Title Insurance Company, which is a first tier subsidiary of The First

American Corporation.

Dated: New York, New York
       March 6, 2008

Respectfully submitted,

GREENBERG TRAURIG, LLP


By: /s/ James I. Serota _____
James I. Serota (JS-6802)
Kenneth Lapatine (KL-3985)
Stephen L. Saxl (SS-1028)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American*
*Corporation, First American Title Insurance*
*Company of New York, and*
*United General Title Insurance Company*