UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
SUSAN M. MAROTTA, et al,

               Plaintiffs,

    - against -

FIDELITY NATIONAL TITLE INSURANCE CO., et al,

               Defendants.
-------------------------------------------------------------------- X

Index No.: 08 CV 1597

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Stephen L. Saxl of Greenberg Traurig, LLP in this case as counsel for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company.

    Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
       March 6, 2008

                Respectfully submitted,

                GREENBERG TRAURIG, LLP

                By: /s/ Stephen L. Saxl _____
                Stephen L. Saxl (SS-1028)
                James I. Serota (JS-6802)
                Kenneth Lapatine (KL-3985)
                GREENBERG TRAURIG, LLP
                200 Park Avenue
                New York, New York 10166
                Telephone: (212) 801-9200
                Facsimile: (212) 801-6400
                saxls@gtlaw.com
                serotaj@gtlaw.com
                lapatinek@gtlaw.com

                *Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*