UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SUSAN M. MAROTTA,

       Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

       Defendants.

------------------------------------- x

Case No. 08 Civ. 1597 (KMK)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel J. Chirlin, an associate with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Daniel J. Chirlin, Esq. (dchirlin@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    (212) 351-3850 (Telephone)
    (212) 351-6350 (Facsimile)

Dated: New York, New York
       March 12, 2008

                              GIBSON, DUNN & CRUTCHER LLP

                              By:  s/ Daniel J. Chirlin

                              Daniel J. Chirlin
                              200 Park Avenue, 47th Floor
                              New York, New York 10166-0193
                              Telephone: (212) 351-4000
                              Facsimile: (212) 351-4035
                              dchirlin@gibsondunn.com

                              Attorney for Defendant
                              Title Insurance Rate Service Association,
                              Inc.