UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

SUSAN M. MAROTTA., on behalf : "ECF CASE"
of herself and those similarly situated, :
: 08 cv 1597 (KMK)
                    Plaintiffs, :
    vs. :
:
:
FIDELITY NATIONAL TITLE INSURANCE :
COMPANY, CHICAGO TITLE INSURANCE :
COMPANY, TICOR TITLE INSURANCE :
COMPANY, FIDELITY NATIONAL :
FINANCE, INC., FIRST AMERICAN TITLE :
INSURANCE COMPANY OF NEW YORK, :
UNITED GENERAL TITLE INSURANCE :
COMPANY, FIRST AMERICAN :
CORPORATION, COMMONWEALTH LAND :
TITLE INSURANCE COMPANY, LAWYERS :
TITLE INSURANCE CORPORATION, :
LANDAMERICA FINANCIAL GROUP, INC., :
STEWART TITLE INSURANCE COMPANY, :
MONROE TITLE INSURANCE :
CORPORATION, STEWART INFORMATION :
SERVICES CORPORATION, AND TITLE :
INSURANCE RATE SERVICE :
ASSOCIATION, INC., :
:
                    Defendants. :
:

---

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant LandAmerica Financial Group, Inc. states that it is a publicly traded corporation. Based on the information presently available to Defendant LandAmerica Financial Group, Inc., no publicly held corporation owns 10% or more of LandAmerica Financial Group, Inc.'s stock.

7842483.1

Defendant Commonwealth Land Title Insurance Company states that it is a primary subsidiary of LandAmerica Financial Group, Inc.

Defendant Lawyers Title Insurance Corporation states that it is a primary subsidiary of LandAmerica Financial Group, Inc.

Dated: New York, New York
March 13, 2008

By: /s/ David P. Langlois
David P. Langlois (DL 2319)
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
david.langlois@sablaw.com

*Attorney for Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and LandAmerica Financial Group, Inc.*

7842483.1