UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN M. MAROTTA, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>–v–<br><br>FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., AND TITLE INSURANCE RATE SERVICE ASSOCIATION, INC.,<br><br>Defendants. | Case No. 08 Civ. 1597 (KMK) |

## NOTICE OF APPEARANCE

Vincent Briganti, Esq. of Lowey Dannenberg Cohen & Hart, P.C. hereby appears as counsel for plaintiff Susan M. Marotta and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

2123 / NOT / 00087651.WPD v1

Dated: White Plains, New York
March 19, 2008

                          LOWEY DANNENBERG COHEN & HART, P.C.

                        By: /S/ _____
                              Vincent Briganti (VB-1497)
                              One North Broadway - Suite 509
                              White Plains, NY  10601-2310
                              Telephone: (914) 997-0500
                              Telecopier: (914) 997-0035
                              VBriganti@Lowey.com

                              *Attorney for Plaintiff*